ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
JOSEPH D. BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
Jul 23, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RODNEY DUNN and RACHAEL BERNAL, aka Rachael Bernal Dunn<br><br>Defendants. | CASE NO. 1:26-cr-00131-KES-EPG<br><br>MOTION AND ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on July 23, 2026, charging the above defendants with violations of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A), (b)(1)(C) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine and Fentanyl; 21 U.S.C. § 841(a)(1), (b)(1)(A) – Distribution of Methamphetamine; 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Distribution of Fentanyl; 18 U.S.C. § 666(a)(2) Bribery; 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 853(a), 28 U.S.C. § 2461(c) – Criminal Forfeiture, be kept secret until the defendants named in this Indictment are either in custody or have been given bail on these offenses; and further order that until

such time as the defendants are in custody or have been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrants.

Dated: July 23, 2026,

Respectfully submitted,

ERIC GRANT
United States Attorney

By /s/ *Arelis Clemente*
ARELIS M. CLEMENTE
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: July 23, 2026

ERICA P. GROSJEAN
U.S. Magistrate Judge