ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Aug 20, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RODNEY DUNN and RACHAEL BERNAL aka Rachael Bernal Dunn,<br>Defendant. | CASE NO. 1:26-CR-00131-JLT-SAB<br>ORDER TO UNSEAL CASE |

Good cause appearing due to the defendants' pending initial appearances in this case, it is ordered that the Indictment and all other filings be unsealed.

IT IS SO ORDERED.

Dated: **August 20, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE