FILED
Aug 21, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**RODNEY DUNN,**

Defendant.

CR NO: 1:26-cr-00131-JLT-SAB

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum ☐ Ad Testificandum

Name of Detainee: Rodney Dunn

Detained at: Kern Valley State Prison

Detainee is: a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
charging detainee with: 21 USC 846, 841; 18 USC 666

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings

or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

***Appearance is necessary at the Bakersfield Federal Courthouse by Tuesday, September 8, 2026, at 2:30 p.m.***

Signature: */s/ Joseph Barton*
Printed Name & Phone No: Joseph Barton, 559-892-8490
Attorney of Record for: United States

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Aug 21, 2026**

Erica P. Grosjean

Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

AKA(s) (if
Booking or CDC #: CDCR # K20611
Facility Address: 3000 W Cecil Ave, Delano, CA 93216
Facility Phone: (661) 721-6300
Currently

☒Male ☐Female
DOB: 3/11/1978
Race:
FBI#:

## RETURN OF SERVICE

Executed on: ______________ ______________
(signature)