**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
David Torres, SBN 135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
RODNEY DUNN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>RODNEY DUNN,<br>Defendant | Case No.: 1:26-CR-00131 KES-EPG<br>**STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ERICA P. GROSJEAN; AND ARELIS CLEMENTE, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, RODNEY DUNN, by and through his attorney of record, DAVID A. TORRES, hereby requesting that the status conference currently set for Monday, November 16, 2026, at 2:00 p.m. (See ECF Doc. 22) be continued to Wednesday, March 24, 2027, at 1:00 p.m.

Counsel has recently been appointed to represent defendant in this matter. As a result, counsel have not yet had an opportunity to meet with defendant regarding the facts of the case. Additional time is necessary to meet with defendant and obtain and review the discovery materials necessary to prepare for the proceedings.

AUSA Arelis M. Clemente has no objection to continuing the status conference.

The parties therefore stipulate that the period of time from November 16, 2026, through March 24, 2027, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: November 12, 2026

***/s/ David Torres***
DAVID TORRES
Attorney for Defendant
RODNEY DUNN

DATED: November 12, 2026

***/s/Arelis M. Clemente***
ARELIS M. CLEMENTE
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the status conference currently set for Monday, November 16, 2026, at 2:00 p.m., be continued to Wednesday, March 24, 2027, at 1:00 p.m.

**IT IS FURTHER ORDERED** that the period of time from November 16, 2026, through March 24, 2027, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

**DATED: November 13, 2026**

/s/ Erica P. Grosjean

**UNITED STATES MAGISTRATE JUDGE**